FILED

09/20/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0366

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court No. DA 20-0366

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

ERICA ANN DION,

      Defendant and Appellant.

## GRANT OF EXTENSION

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until October 20, 2021 to prepare, file and serve the Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 20 2021